UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOMINGO LORA,

                Petitioner,

   -against-

UNITED STATES CITIZENSHIP and
IMMIGRATION SERVICES, *et al.*,

                Respondents.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4083 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2007 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 22, 2007, denying the motion for reconsideration; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the motion for reconsideration is denied.

Dated: Brooklyn, New York
       May 23, 2007

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court