UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LORA DOMINGO,

                 Petitioner/Plaintiff,

-against-

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, MICHAEL CHERTOFF,
HOMELAND SECURITY DIRECTOR,
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, and
MARY ANN GANTNER, DISTRICT DIRECTOR,
NEW YORK DISTRICT, UNITED STATES
CITIZENSHIP AND IMMIGRATION SERVICES,

                 Defendants.
----------------------------------------------------------------X

JUDGMENT
05-CV- 4083 (JG)


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2007 ★

An Order of Honorable John Gleeson, United States District Judge, having been filed on August 29, 2007, dismissing the action with prejudice and without costs or attorney's fees to any party; vacating the Order of the Court dated March 29, 2007 granting plaintiff/petitioner's motion for judgment on the pleadings, and the Memorandum and Order dated April 18, 2007, to the extent it granted the petition; it is

ORDERED and ADJUDGED that judgment is hereby entered dismissing the action with prejudice and without costs or attorney's fees to any party; and that the Order of the Court dated March 29, 2007 granting plaintiff/petitioner's motion for judgment on the pleadings, and the Memorandum and Order dated April 18, 2007, to the extent it granted the petition, are hereby vacated.

Dated: Brooklyn, New York
       September 14, 2007

                                               s/Robert C. Heinemann
                                               ROBERT C. HEINEMANN
                                               Clerk of Court